IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD BLOCK                                                          PLAINTIFF
ADC #130743

v.                           No. 3:25-cv-68-DPM

CODY M. WILLIAMS, Sergeant,
North Central Unit                                                     DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 4*, adopted as modified. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Here's the modification. The Court does not hold that Block's due process claim is *Heck*-barred. It would be barred if the loss of good time credits had the effect of lengthening Block's sentence. *Sheldon v. Hundley*, 83 F.3d 231, 233 (8th Cir. 1996). But it doesn't; the loss of good time only affects his transfer eligibility date. Ark. Code Ann. § 12-29-201(d); *McKinnon v. Norris*, 366 Ark. 404, 408, 231 S.W.3d 725, 730 (2006).* In any event, Block failed to state a claim because he doesn't

---

* The Court notes two older Court of Appeals decisions that come out the other way, but are not precedent given their dates and designations as unpublished. Eighth Cir. R. 32.1A; *Johnson v. Reed*, 162 F.3d 1164 (8th Cir. 1998) (*per curiam*); *Early v. Blankenship*, 221 F.3d 1342 (8th Cir. 2000) (*per curiam*).

-2-

have a liberty interest in his prisoner classification. *Moody v. Daggett*, 429 U.S. 78, 88 n.9 (1976).

Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 July 2025