# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

RICHARD BLOCK                                                    PLAINTIFF
ADC #130743

v.                              No. 3:25-cv-68-DPM

CODY M. WILLIAMS, Sergeant,
North Central Unit                                              DEFENDANT

## JUDGMENT

Block's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_1 July 2025_